IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:04CR190-06-MR-DSC |
| | ) | (Financial Litigation Unit) |
| CLARISSA WHITE, | ) | |
| a/k/a CLARRISA TROUTMAN, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| ACCEL MARKETING, LLC, | ) | |
| | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to Accel Marketing, LLC, filed in this case on March 31, 2010, against the defendant Clarissa White, a/k/a Clarrisa Troutman is DISMISSED.

**SO ORDERED**. Signed: July 22, 2010

David S. Cayer
United States Magistrate Judge